No. 3761. ·

(Court of Appeal, Parish of Orleans.)

## CHARLES W. STURKEN vs. REILEY, TAYLOR & CO., LTD.,

Appeal from Civil District Court, Division "E."

Dart & Kernan, for Plaintiff and Appellant.

Wm. A. Collins, and Dinkelspiel & Hart, for Defendant and Appellee.

MOORE, J.   In this cause the respective parties hereto having filed herein a written consent to the affirmance of the judgment appealed from, it is therefore ordered, adjudged and decreed that the judgment appealed from be and the same is hereby affirmed.